IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BENJAMIN PHILLIPS, BCSCC # 20007708, | ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 1:22-cv-125-TFM-B |
| WILLIAM E. SCULLY, JR., *et al,* | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM OPINION AND ORDER**

On October 28, 2022, the Magistrate Judge filed a Report and Recommendation which recommends this action be dismissed without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).  *See* Doc. 12.  A subsequent motion was filed by the Plaintiff on November 18, 2022 wherein he requested an extension to file objections to this Report and Recommendation and for leave to amend and for appointment of counsel.  *See* Doc. 15.  The Magistrate Judge issued a Report and Recommendation which the Court adopted granting the request for an extension and denying the motion to amend and for appointment of counsel.  *See* Docs. 15, 16.  As a result, the Court extended the deadline for the first Report and Recommendation to May 5, 2023.  *See* Doc. 16.  No objections were filed by the new deadline and the Court received a postal notice that indicated "Return to Sender, Not at this Address" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward."  *See* Doc. 17.  It was Plaintiff's obligation to keep the Court apprised of any change in address and he failed to do so.  Regardless, this Report and Recommendation from October 28, 2022 is ripe for consideration.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of

the Magistrate Judge (Doc. 12) is **ADOPTED** as the opinion of the Court.  Accordingly, this case is **DISMISSED without prejudice** prior to service of process pursuant to Fed. R. Civ. P. § 1915(e)(2)(B)(i)-(ii).

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 23rd day of May, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE