IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL BENJAMIN PHILLIPS,** **BCSCC # 20007708,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  CIV. ACT. NO. 1:22-cv-125-TFM-B |
| **WILLIAM E. SCULLY, JR.,** *et al,* | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 23rd day of May, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE